

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2019

No. 04-19-00239-CV

Debora Alisa **DARDEN**,
Appellant

v.

Darrell Keith **DARDEN**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI17644
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file docketing statement is hereby GRANTED. Time is extended to May 27, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court